# United States District Court
## Violation Notice

CVB Location Code: **AM-13**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| A 2395611 | DYE, R | 884 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 09/02/2014 | 327.9b |

Place of Offense: DEWBERRY ACCESS WEST POINT PROJECT

Offense Description: DISPOSAL OF HOUSEHOLD TRASH ON PROJECT LAND.

CVB scan 09/25/2014-08-54-06

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| BARRETT | GEORGE | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 150 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 175 Total Collateral Due

**YOUR COURT DATE**

Court Address: 15 LEE STREET MONTGOMERY, AL
Date: 11/18/2014
Time: 1000

X Defendant Signature: _____

DD FORM 1805, JUL 2005    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **10 Sept**, 20**14** while exercising my duties as a law enforcement officer in the **Middle** District of **Alabama**

While on routine inspection at Dewberry Boat Ramp Anderson employee Andrea Buckhanon discovered household garbage belonging to the named individual at the ramp site.

~~A violation notice was then issued and mailed to the address on the mail from the garbage.~~

The foregoing statement is based upon:
☐ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/10/14   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge